# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 264 WAL 2021

           Respondent             :

                                 :    Petition for Allowance of Appeal

                                 :    from the Order of the Superior Court

           v.                      :

                                 :

MATTHEW ALLEN LAWTON,             :

                                 :

           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

     Justice Brobson did not participate in the consideration or decision of this matter.